IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| GEORGIA GAMBLING RECOVERY LLC, | * | |
| Plaintiff, | * | |
| v. | | Case No. 4:26-cv-914-CDL |
| | * | |
| BLAZESOFT LTD, *et al.*, | | |
| | * | |
| Defendants. | | |
| | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated November 3, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Muscogee County, Georgia.

This 3rd day of November, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk